## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

MENA DOUS,

      Plaintiff,

      v.

MICHAEL CARROLL, Secretary of
Transportation of the Pennsylvania
Department of Transportation,
et al.,

      Defendants.

CIVIL ACTION NO. 1:25-cv-01329

(SAPORITO, J.)

## ORDER

Now before the court is a report and recommendation by United States Magistrate Judge Phillip J. Caraballo, in which he recommends that the plaintiff's pro se motion for a preliminary injunction be denied without prejudice and his pro se complaint be dismissed for lack of subject matter jurisdiction, but with leave to file an amended complaint.[1]

---

[1] The report did not expressly state as much, but because the Eleventh Amendment is "a jurisdictional bar which deprives the federal courts of subject matter jurisdiction," dismissal premised on Eleventh Amendment immunity is evaluated under Rule 12(b)(1) of the Federal Rules of Civil Procedure, and it follows, of course, that the exception to Eleventh Amendment immunity for certain injunctive relief set forth in *Ex parte Young*, 209 U.S. 123 (1908), is evaluated under that rule as well. *See Blanciak v. Allegheny Ludlum Corp.*, 77 F.3d 690, 694 n.2 (3d Cir.

*(continued on next page)*

Doc. 7.

The plaintiff has filed objections to Judge Caraballo's report and recommendation. Doc. 10. We have conducted a de novo review of the contested portions of the report, but we find the plaintiff's objections to be unpersuasive and without merit. *See* 28 U.S.C. § 636(b)(1); *United States v. McLaughlin*, 607 F. Supp. 3d 522, 529 (M.D. Pa. 2022).

Following an independent review of the report and the record, and having afforded "reasoned consideration" to uncontested portions of the report, *E.E.O.C. v. City of Long Branch*, 866 F.3d 93, 99 (3d Cir. 2017), we are satisfied "that there is no clear error on the face of the record," Fed. R. Civ. P. 72(b) advisory committee note to 1983 amendment. We find Judge Caraballo's analysis to be well-reasoned and fully supported by the record and applicable law, and we find the plaintiff's specific objections to be without merit. Accordingly, the court will adopt the report and recommendation in its entirety as the decision of the court.

---

1996). We further note that, although it is not required to do so, a court may properly raise an Eleventh Amendment issue sua sponte. *See Bowers v. Nat'l Collegiate Athletics Ass'n*, 346 F.3d 402, 417 (3d Cir. 2003); *Richard E. Pierson Constr. Co. v. Phila. Reg'l Port Auth.*, 348 F. Supp. 3d 410, 413 (E.D. Pa. 2018).

Accordingly, **IT IS HEREBY ORDERED THAT**:

1.     The report and recommendation of Judge Caraballo (Doc. 7) is **ADOPTED**;

2.     The plaintiff's pro se motion for a preliminary injunction (Doc. 3) is **DENIED without prejudice**;

3.     The plaintiff's pro se complaint (Doc. 1) is **DISMISSED** for lack of subject matter jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(1);

4.     The plaintiff is **GRANTED** leave to file an amended complaint **within thirty (30) days** after entry of this order; and

5.     In the absence of a timely filed amended complaint, the clerk shall mark this case as **CLOSED**.

Dated: March 27, 2026          *s/Joseph F. Saporito, Jr.*
                               JOSEPH F. SAPORITO, JR.
                               United States District Judge